UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO ROQUE MORENO,<br><br>                    Plaintiff,<br><br>        v.<br><br>KENNETH GENALO, *et al.*,<br><br>                    Defendants. | 26-CV-00855 (KMK)<br><br>CALENDAR NOTICE |

KENNETH M. KARAS, United States District Judge:

      Please take notice that the above captioned action has been scheduled for a hearing on the pending Petition for Writ of Habeas Corpus before the Honorable Kenneth M. Karas, United States District Judge, on February 3, 2026, at 12:00 p.m.

NOTICE OF TELECONFERENCE INFORMATION: The Court will hold all civil conferences, hearings, and/or oral arguments by telephone. Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (605) 472-5160 Access Code: 4653066, followed by the the pound sign (#).

SO ORDERED.

Dated: February 2, 2026
       White Plains, New York

                                                                                KENNETH M. KARAS
                                                                                  United States District Judge