UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SERGIO ROQUE MORENO,

                Petitioner,

      v.

KENNETH GENALO, *et al.*,

                Respondents.

No. 26-CV-855 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

Sergio Roque Moreno ("Petitioner") brought this Petition for Writ of Habeas Corpus on February 1, 2026. (Dkt. No. 1.)  Judge Ramos enjoined Respondents from transferring or removing Petitioner until further order of the Court. (Dkt. No. 3.)  The Court held a hearing on February 3, 2026, at which Respondents represented that Petitioner voluntarily left the country. (Dkt. (minute entry dated Feb. 3, 2026).)  The Court scheduled a conference for February 12, 2026, to discuss whether his departure was consistent with Judge Ramos's order.  (*Id.*) Petitioner's counsel did not appear.  (Dkt. (minute entry dated Feb. 12, 2026).)  The Court gave Petitioner until no later than February 19, 2026, to file a letter addressing the issues Petitioner intended to discuss at the hearing.  (*Id.*)  No letter has yet been filed.  Accordingly, considering the uncontested representations that Petitioner is no longer in Respondents' custody, the Court dismisses the Petition without prejudice as moot.  *See Marcano v. Newman*, 789 F. Supp. 3d 239, 242 (E.D.N.Y. 2025).  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

DATED:     April 2, 2026
            White Plains, New York

                                  _____
                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE